EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2003

at __ o'clock and __ min __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR03-00144 DAE |
| Plaintiff, | INDICTMENT |
| vs. | (18 U.S.C. § 922(g)(1) and 922(g)(3); 922(h)(3)) |
| YASUSHI ARAKAKI JR. | |
| Defendant. | |

INDICTMENT

Count One

The Grand Jury Charges:

On or about February 7, 2003, in the District of Hawaii the defendant YASUSHI ARAKAKI JR., then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting

commerce a firearm, that is, a loaded Glock, model 27, .40 caliber pistol, bearing serial number CWP106US.

All in violation of Title 18, United States Code, Section 922(g)(1).

### Count Two

The Grand Jury Further Charges:

On or about February 7, 2003, in the District of Hawaii, the defendant, YASUSHI ARAKAKI JR. then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce that is, a loaded Glock, model 27, .40 caliber pistol, bearing serial number CWP106US.

All in violation of Title 18, United States Code, Section 922(g)(3).

### Count Three

The Grand Jury Further Charges:

On or about February 7, 2003, in the District of Hawaii, the defendant, YASUSHI ARAKAKI JR. possessed a stolen firearm to wit which had been shipped or transported in interstate commerce, having reasonable cause to know that the firearm had been stolen.

\\
\\
\\
\\

All in violation of Title 18, United States Code, Section 922(h)(3).

DATED: *MARCH 28, 2003*, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*

RONALD G. JOHNSON
Assistant U.S. Attorney

*[signature]*

OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Arakaki*;
"Indictment"