AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

740676

UNITED STATES OF AMERICA                                 WARRANT FOR ARREST

V.                                                       Case Number: CR 03-00144DAE(01)

YASUSHI ARAKAKI, JR.

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 20 2006
at 10 o'clock and 09 min. A M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED TO ARREST YASUSHI ARAKAKI, JR. and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

RECEIVED 2006 JUN 16 AM 8:06 U.S. MARSHALS SERVICE HONOLULU, HI

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | JUNE 15, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL            By: David Alan Ezra, United States District Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI |||
| Date Received 6-16-06 | NAME AND TITLE OF ARRESTING OFFICER  RUSSELL NAKAGATO | SIGNATURE OF ARRESTING OFFICER *[signature]* |
| Date of Arrest 6-16-06 | DUSM | |

