# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/22/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 03-00144DAE

CASE NAME: USA v. Yasushi Arakaki, Jr.

ATTYS FOR PLA: Ken Sorenson

ATTYS FOR DEFT: Alvin Nishimura

USPO: Carter Lee

---

JUDGE: David Alan Ezra REPORTER: Cynthia Fazio

DATE: 6/22/2006 TIME: 9:00am-

---

COURT ACTION: EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Yasushi Arakaki, Jr. present in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment: 24 MONTHS

Supervised Release: NONE IMPOSED

JUDICIAL RECOMMENDATIONS: Sheridan, OR. Educational and Vocational training. Mental health treatment. Drug treatment.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager