AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2006

at __9__ o'clock and __50__ min __/__ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **YASUSHI ARAKAKI, JR.** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: **1:03CR00144-001** |
| | USM Number: 89351-022 |
| | **ALVIN NISHIMURA, ESQ.** |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) Special Condition No. 1, 18 U.S.C. §3583(g)(3); General Condition; Special Condition No. 4; and Standard Condition No. 3 of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **6118**

Defendant's Residence Address:
**Hauula, HI 96717**

Defendant's Mailing Address:
**Hauula, HI 96717**

JUNE 22, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:03CR00144-001     Judgment - Page 2 of 3
DEFENDANT: YASUSHI ARAKAKI, JR.

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Refusal to comply with drug testing | 5/12/2006 and 5/17/2006 |
| 2 | Possession and use of methamphetamine and alcohol | 5/20/2006 |
| 3 | Possession and consumption of alcohol | 5/22/2006 to 5/25/2006 |
| 4 | Refusal to participate in substance abuse treatment | 5/24/2006 and 5/31/2006 |
| 5 | Refusal to follow verbal instructions to enroll in an inpatient treatment program | 5/31/2006 |
| 6 | Refusal to participate in inpatient substance abuse treatment | 6/7/2006 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:     1:03CR00144-001                                        Judgment - Page 3 of 3
DEFENDANT:       YASUSHI ARAKAKI, JR.

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 MONTHS .

[✔]  The court makes the following recommendations to the Bureau of Prisons:
Sheridan, OR. Educational and Vocational training. Mental health treatment. Drug treatment.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal