AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:03CR00144-001 | Judgment - Page 3 of 3 |
| DEFENDANT: YASUSHI ARAKAKI, JR. | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 MONTHS.

[✔] The court makes the following recommendations to the Bureau of Prisons:
Sheridan, OR. Educational and Vocational training. Mental health treatment. Drug treatment.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2006

at 3 o'clock and 45 min, P M
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

Defendant delivered on 09-20-06 to FCI She
at Sheridan, OR, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal